Exhibit A

STATE OF INDIANA
ALLEN CIRCUIT/SUPERIOR COURT

| | | |
|---|---|---|
| CHERYL KOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. _____ |
| | ) | |
| BOB EVANS RESTAURANTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND JURY DEMAND

Plaintiff Cheryl Koch, by counsel, for her Complaint against Defendant Bob Evans Restaurants, LLC, state as follows:

1.      Plaintiff Cheryl Koch is, and was at all relevant times herein, a resident of Marion County, Indiana (hereinafter, "Koch")

2.      Defendant Bob Evans Restaurants, LLC is an Ohio corporation authorized to conduct business in the State of Indiana, which maintains and operates a store located in Fort Wayne, Allen County, Indiana (hereinafter, "Bob Evans").

### Jurisdiction and Venue

3.      The Court has personal jurisdiction over Koch because she is a citizen of Indiana.

4.      The Court has personal jurisdiction over Bob Evans because (a) Bob Evans does business in Indiana, (b) Bob Evans caused personal injury by an act or omission done within Indiana, and (c) Bob Evans owns, uses, or possesses real property or an interest in real property in Indiana.

5.      The Court has subject matter jurisdiction over the Complaint because the claims asserted arise under the common and statutory laws of Indiana.

6.      Allen County is the proper venue for the Complaint because the tort at issue

occurred in Allen County, Indiana.

## Facts Common to All Counts

7.      At all times relevant to this Complaint, Bob Evans owned, used or possessed real property or an interest in real property located in Fort Wayne, Allen County, Indiana.

8.      On September 28, 2018, Koch was at a Bob Evans restaurant located in Wayne, Allen County, Indiana.

9.      On September 28, 2018, the Bob Evans had a women's restroom in the restaurant for patrons to use.

10.      On September 28, 2018, while using the women's restroom in the Bob Evans restaurant, Koch slipped and fell on what appeared, after the fall, to be water left in center of the floor.

## Count One:

### Negligence

For Count One of her Complaint against Bob Evans, Koch alleges as follows:

11.      Koch incorporates by reference the allegations contained in paragraphs 1 through 10 of this Complaint.

12.      Bob Evans owed Koch a duty of reasonable care to protect her from the risk of harm as a patron in the restaurant.

13.      Bob Evans breached its duty to Koch.

14.      As a proximate result of the negligence of Bob Evans' duty of care, Koch slipped and fell.

15.      As a proximate result of the negligence of Bob Evans, Koch suffered damages.

2

WHEREFORE, Plaintiff Cheryl Koch, by counsel, for Count One of her Complaint against Defendant Bob Evans Restaurants, LLC, requests that the Court enter Judgment in her favor and against Defendant Bob Evans Restaurant, LLC, in an amount sufficient to compensate Plaintiff for her damages, for pre-judgment interest, for the costs of this action, and for all other proper relief in the premises.

## JURY DEMAND

Plaintiff Cheryl Koch, by counsel, pursuant to Rule 38(B) of the Indiana Rules of Trial Procedure, respectfully demands trial by Jury in this cause.

HARRINGTON LAW, P.C.

By: _____

William O. Harrington, #14843-49
Attorneys for Plaintiff Cheryl Koch

105 North Washington Street
Danville, Indiana 46122
Phone: (317) 745-1300
Fax:    (317) 745-2313
Email: bill@harringtonlaw.us

3

**02D03-2009-CT-000440**

Filed: 9/4/2020 12:18 PM
Clerk
USDC IN/ND case 1:20-cv-00445 Allen Superior Court 3 document 1-2   filed 12/04/20   page 5 of 27  Allen County, Indiana
MC

STATE OF INDIANA
ALLEN CIRCUIT/SUPERIOR COURT

| | |
|---|---|
| CHERYL KOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CAUSE NO. _____ |
| | ) |
| BOB EVANS RESTAURANT, LLC, | ) |
| | ) |
| Defendants. | ) |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1.  The party on whose behalf this form is being filed is:

    Initiating __X__        Responding ____        Intervening ____; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for
    the following parties:

    Name of party: **Plaintiff Cheryl Koch**

    *(List on a continuation page additional parties this attorney represents in this case.)*

2.  Attorney information for service as required by Trial Rule 5(B)(2)

    | | |
    |---|---|
    | William O. Harrington | Attorney No. 14843-49 |
    | Harrington Law, P.C. | Phone: (317)745-1300 |
    | 105 North Washington Street | Fax:   (317)745-2313 |
    | Danville, IN  46122 | E-mail:bill@harringtonlaw.us |

    **IMPORTANT**:  Each attorney specified on this appearance:

    (a)     certifies that the contact information listed for him/her on the Indiana Supreme
            Court Roll of Attorneys is current and accurate as of the date of this
            Appearance;
    (b)     **acknowledges that all orders, opinions, and notices from the court in this
            matter that are served under Trial Rule 86(G) will be sent to the attorney at
            the email address(es) specified by the attorney on the Roll of Attorneys
            regardless of the contact information listed above for the attorney**; and
    (c)     understands that he/she is solely responsible for keeping his/her Roll of
            Attorneys contact information current and accurate, see Ind. Admis. Disc. R.
            2(A).

3.  This is a Civil Tort (CT) case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No __X__

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No __X__  *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

    _____          Attorney's address

    _____          The Attorney General Confidentiality program address
                        (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

    _____          Another address (provide)

                   _____

This case involves a petition for involuntary commitment.  Yes _____ No __X__

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

          _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:

        (i) Date of Birth _____

        (ii) Driver's License Number _____

            State where issued _____ Expiration date _____

        (iii) State ID number _____

            State where issued _____ Expiration date _____

        (iv) FBI number _____

        (v) Indiana Department of Corrections Number _____

     (vi) Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

7. There are related cases: Yes _____ No __X__ *(If yes, list on continuation page.)*

8.  Additional information required by local rule:

    _____

9.  There are other party members: Yes _____ No __X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes _____ No __X__


                                        HARRINGTON LAW, P.C.


105 North Washington Street        By: _____
Danville, IN  46122                    William O. Harrington, 14843-49
Tel:  (317)745-1300
Fax: (317)745-2313
E-mail:  bill@harringtonlaw.us

STATE OF INDIANA
ALLEN CIRCUIT/SUPERIOR COURT

| | | |
|---|---|---|
| CHERYL KOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. _____ |
| | ) | |
| BOB EVANS RESTAURANTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

**TO:  Bob Evans Restaurants, LLC**
**CT Corporation System**
**334 North Senate Avenue**
**Indianapolis, IN 46204**

You have been sued by the person(s) named "Plaintiff(s)", in the Court stated above. The nature of the suit against you is stated in the Complaint which is attached to this document. The Complaint also states the demands which the Plaintiff(s) have made and wants from you.

You must answer the Complaint in writing, by your or your attorney, within twenty-three (23) days commencing the day after you receive this Summons and the Complaint.  If you fail to timely answer the Complaint, a judgment by default my be entered against you for what the Plaintiff(s) has demanded.

If you have a claim for relief against the Plaintiff(s) arising from the same transaction or occurrence, you must assert it in you written answer.

Date  9/4/2020                                    _Christopher M. Narcarron_ MC
_____          _____
                                              Clerk, Allen Circuit and Superior Courts

**Attorney for Plaintiff:**                           Service by:

William O. Harrington #14843-49              ☒   Certified Mail
HARRINGTON LAW, P.C.
105 N. Washington St.                              ☐   Sheriff of _____ County
Danville, IN 46122
Phone: (317)745-1300                             ☐   Other:
Fax: (317)745-2313
Email: bill@harringtonlaw.us

SEAL — ALLEN COUNTY CLERK — INDIANA

STATE OF INDIANA
ALLEN SUPERIOR COURT NO. 3

CHERYL KOCH,                           )
                                       )
    Plaintiff,                   )
                                       )
    v.                           )          CAUSE NO. 02D03-2009-CT-440
                                       )
BOB EVANS RESTAURANT, LLC,             )
                                       )
    Defendant.                   )

## CERTIFICATE OF ISSUANCE OF SUMMONS

Plaintiff Cheryl Koch, by counsel, notifies the Court that a true and accurate copy of the

Complaint and Jury Demand and Summons, filed on September 4, 2020, was served on

Defendant Bob Evans Restaurant, LLC via certified mail (7017 1070 0000 7898 9714), return

receipt requested on September 4, 2020.

HARRINGTON LAW, P.C.

By:_____
    William O. Harrington, 14843-49

Attorney for Plaintiff Cheryl Koch

105 North Washington Street
Danville, Indiana 46122
Phone: (317) 745-1300
Email: bill@harringtonlaw.us

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on the following party of record by
First Class U.S. Mail, postage-paid, this _____4th_____ day of September, 2020:

Bob Evans Restaurants, LLC
CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

_____
William O. Harrington



STATE OF INDIANA )      ALLEN SUPERIOR COURT
                    ) SS:
COUNTY OF ALLEN )      CAUSE NO. 02D03-2009-CT-440

CHERYL KOCH,                 )
     Plaintiff,              )
                       )
vs.                      ) **ORDER SETTING CASE**
                       ) **MANAGEMENT CONFERENCE**
BOB EVANS RESTAURANT, LLC,    )
     Defendant.           )

This cause has been assigned to Judge Jennifer L. DeGroote.

***PLAINTIFF IS DIRECTED TO SERVE A COPY OF THIS ORDER SETTING CASE MANAGEMENT CONFERENCE ON DEFENDANT(S).***

The parties or their attorneys to this action are hereby directed to appear before Jennifer DeGroote for a Case Management Conference on **November 9, 2020, at 2:00 p.m.** to consider, among other matters:

     1.    Appointment of a mediator and the scheduling of mediation;
     2.    Venue and jurisdiction;
     3.    Factual and legal contentions of the parties;
     4.    Contested and stipulated facts and legal issues;
     5.    Simplification of issues;
     6.    The types of discovery, and discovery deadlines;
     7.    Expert witnesses;
     8.    Dispositive motions and issues, and setting the motions for hearing;
     9.    Scheduling additional pre-trial conferences; and
     10.    Jury requests/waiver.

The Court now Orders that absent a separate Order to the contrary, all pleadings, motions, and requests for relief shall be set for hearing at the

Case Management Conference.[1]

Each party must be represented at the Case Management Conference by the attorney who expects to try this case, who shall come with authority to agree upon a mediator, to stipulate issues and undisputed facts and, where possible, agree to the admission into evidence or waive any requirements for the formal proof of documentary evidence. **Counsel shall attend the Case Management Conference telephonically by making arrangements in advance of the scheduled hearing by calling CourtCall at 888-882-6878.**

**All unrepresented persons shall make arrangements for the telephonic appearance at least one (1) business day in advance of the hearing by contacting the Court by e-mailing the Court at kelly.sistevaris@allensuperiorcourt.us by calling the Court at 260-449-7544 to provide the telephone number at which the Court can reach the participant.**

As a result of the Case Management Conference, the Court may limit the time to complete discovery or to file any pre-trial motions; set a date for any final pre-trial conference or other conference; and/or establish a schedule for the filing of any proposed pre-trial order, stipulations, or lists of witnesses and exhibits. The schedule established as a result of the Case Management Conference shall <u>not</u> be modified except by order of the Court, upon a showing of good cause.


September 8, 2020

JUDGE JENNIFER L. DEGROOTE

---

[1] However, if the motion is otherwise subject to Ind. Trial Rule 53.1, absent waiver of the time limitation set out in the Rule, the Court shall rule upon the motion at the Case Management Conference.

STATE OF INDIANA    )      ALLEN SUPERIOR COURT NO. 3
                             ) SS:
COUNTY OF ALLEN    )      CAUSE NO.: 02D03-2009-CT-000440

CHERYL KOCH,           )
                              )
    Plaintiff,        )
                              )
    vs.            )
                              )
BOB EVANS RESTAURANTS, LLC, )
                              )
    Defendant.     )

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.    The party on whose behalf this form is being filed is:

    Initiating **___**    Responding **_X_**    Intervening **____**; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties: **Bob Evans Restaurants, LLC**

Name of party:  **Defendant**

Address of party *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

_____

_____

Telephone # of party _____

*(List on a continuation page additional parties this attorney represents in this case.)*

2.  Attorney information for service as required by Trial Rule 5(B)(2)

    Michael B. Langford, Attorney No.:  18046-53
    Scopelitis Garvin Light Hanson & Feary, P.C.
    10 W. Market Street, Suite 1400
    Indianapolis, IN  46204
    Phone: (317) 637-1777
    Fax: (317) 687-2414
    e-mail: mlangford@scopelitis.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.  This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4.  This case involves child support issues. Yes ____ No __**X**__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No __**X**__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:
    _____     Attorney's address
    _____     The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.
    _____     Another address (provide)
    _____

6.  This case involves a petition for involuntary commitment.  Yes ____ No __**X**__

If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
   _____
   b.  State of Residence of person subject to petition: _____
   c.  At least one of the following pieces of identifying information:
      (i)  Date of Birth _____

2

    (ii)  Driver's License Number _____
         State where issued _____ Expiration date _____
    (iii) State ID number _____
         State where issued _____ Expiration date _____
    (iv) FBI number _____
    (v)  Indiana Department of Corrections Number _____
    (vi) Social Security Number is available and is being provided in an attached
         confidential document Yes _____ No _____

7.  There are related cases: Yes _____ No **X** *(If yes, list on continuation page.)*

8.  Additional information required by local rule:
    _____

9.  There are other party members:  Yes __ No **X** *(If yes, list on continuation page.)*

10.  This form has been served on all other parties and Certificate of Service is attached: Yes **X** No___

                         Respectfully submitted,

                         **/s/Michael B. Langford**
                         Michael B. Langford, Attorney No. 18046-53
                         **Scopelitis, Garvin, Light, Hanson & Feary, P.C.**
                         10 West Market Street, Suite 1400
                         Indianapolis, IN 46204
                         Tel. (317) 637-1777
                         Fax (317) 687-2414
                         mlangford@scopelitis.com

                         Attorney for Defendant, Bob Evans Restaurant, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been electronically served upon the following counsel of record through the Indiana E-Filing System on September 21, 2020:

> William O. Harrington
> HARRINGTON LAW, P.C.
> bill@harringtonlaw.us

**/s/Michael B. Langford**
Michael B. Langford/#18046-53

Scopelitis Garvin Light Hanson & Feary, P.C.
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
(317) 637-1777
(317) 687-2414 – fax

4

| STATE OF INDIANA | ) | | ALLEN SUPERIOR COURT NO. 3 |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF ALLEN | ) | | CAUSE NO.: 02D03-2009-CT-000440 |

| | |
|---|---|
| CHERYL KOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BOB EVANS RESTAURANTS, LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL BY JURY

### I.

### ANSWER

Defendant, Bob Evans Restaurants, LLC, by counsel, pursuant to Ind. Rules of Procedure, Trial Rule 8(B), and for its Answer to the Complaint of Plaintiff, Cheryl Koch, states as follows:

Defendant denies each and every allegation in the Complaint not specifically admitted herein as being true.

1.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 1 of the Complaint.

2.     Defendant admits the allegations contained in Paragraph 2 of the Complaint.

### Jurisdiction and Venue

3.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 3 of the Complaint.

4.     Defendant admits the allegations contained in Paragraph 4 of the Complaint, except Defendant denies that Bob Evans "caused personal injury by an act or omission."

5.     Defendant admits the allegations contained in Paragraph 5 of the Complaint.

6.     With respect to Paragraph 6 of the Complaint, Defendant denies that it committed a tort, but admits that Allen County is a proper venue for the Complaint given that Plaintiff is making allegations that arise from an alleged incident in Allen County, Indiana.

## Facts Common to All Counts

7.     Defendant admits the allegations contained in Paragraph 7 of the Complaint.

8.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 8 of the Complaint.

9.     Defendant admits the allegations contained in Paragraph 9 of the Complaint.

10.     Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 10 of the Complaint.

## Count One:

## Negligence

11.     With respect to Paragraph 11 of the Complaint, Defendant incorporates its responses to Paragraphs 1 through 10 of the Complaint as if fully repeated herein.

2

12.     With respect to Paragraph 12 of the Complaint, Defendant admits that Bob Evans owes a duty of reasonable care to its restaurant patrons, but further states that all patrons, including Plaintiff, owe a duty of reasonable care as well.

13.     Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14.     Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15.     Defendant denies the allegations contained in Paragraph 15 of the Complaint.

WHEREFORE, Defendant, Bob Evans Restaurants, LLC, by counsel, respectfully requests Plaintiff taking nothing by way of her Complaint, for costs of this action and for all other proper relief in the premises.

## II.

## __AFFIRMATIVE DEFENSES__

Defendant, Bob Evans Restaurants, LLC, by counsel, pursuant to Ind. Rules of Procedure, Trial Rule 8(C), and for its Affirmative Defenses to the Complaint of Plaintiff, states as follows:

1.     Plaintiff was more than 50% at fault for the total of the occurrence, and therefore Plaintiff's Complaint for Damages is barred.

2.     In the alternative, if Plaintiff's fault is equal to or less than 50% of the total of the occurrence, then Plaintiff's damages should be diminished in proportion to her comparative fault.

3

3.      Plaintiff may have incurred the risk of her damages.

4.      Plaintiff may have received collateral source payments, and therefore Defendant is entitled to a setoff as to the amount of collateral source payments received by Plaintiff.

5.      Plaintiff fails to state a claim upon which relief can be granted for prejudgment interest.

6.      Defendant reserves the right to amend and/or supplement its Affirmative Defenses as investigation and discovery continue.

WHEREFORE, Defendant, Bob Evans Restaurants, LLC, by counsel, respectfully requests Plaintiff taking nothing by way of her Complaint, for costs of this action and for all other proper relief in the premises.

## III.

## <u>DEMAND FOR TRIAL BY JURY</u>

Defendant, Bob Evans Restaurants, LLC, by counsel, and pursuant to Ind. Rules of Procedure, Trial Rule 38(B), respectfully demands that this matter be set for trial by jury on all matters herein.

Respectfully submitted,

**/s/Michael B. Langford**

Michael B. Langford, Attorney No. 18046-53

**Scopelitis, Garvin, Light, Hanson & Feary, P.C.**

10 West Market Street, Suite 1400

Indianapolis, IN 46204

Tel. (317) 637-1777

Fax (317) 687-2414

mlangford@scopelitis.com

Attorney for Defendant, Bob Evans
Restaurant, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served upon the following counsel of record through the Indiana E-Filing System on September 24, 2020:

William O. Harrington

HARRINGTON LAW, P.C.

bill@harringtonlaw.us

**/s/Michael B. Langford**

Michael B. Langford/#18046-53

Scopelitis Garvin Light Hanson & Feary, P.C.

10 West Market Street, Suite 1400

Indianapolis, Indiana 46204

(317) 637-1777

(317) 687-2414 – fax

4849-5049-9275, v. 1

STATE OF INDIANA
ALLEN SUPERIOR COURT NO. 3

CHERYL KOCH,                      )
                                  )
         Plaintiff,               )
                                  )
    v.                            )        CAUSE NO. 02D03-2009-CT-440
                                  )
BOB EVANS RESTAURANT, LLC,        )
                                  )
         Defendant.               )

## PLAINTIFF'S MOTION FOR EXTENSION
## OF TIME TO RESPOND TO DISCOVERY

Plaintiff Cheryl Koch, by counsel, moves the Court for a thirty (30) day extension of time

to respond to Defendant Bob Evans Restaurant, LLC's First Set of Interrogatories and Requests

for Production of Documents to Plaintiff and in support of said Motion, Plaintiff shows the Court

as follows:

1.      On or about September 21, 2020, Plaintiff Cheryl Koch served the Defendant's

First Set of Interrogatories and Request for Production of Documents to Plaintiff.

2.      Plaintiff's responses to the discovery requests are currently due on or about

October 21, 2020.

3.      Plaintiff will require additional time to prepare appropriate responses to the

discovery requests.

4.      This is Plaintiff's first motion for extension of time to respond to these discovery

requests.

WHEREFORE, Plaintiff Cheryl Koch, by counsel, moves the Court for a thirty (30) day

extension of time, through and including November 20, 2020, to respond to Defendant Bob Evans

Restaurant, LLC's First Set of Interrogatories and Requests for Production of Documents to

Plaintiff , and for all other proper relief in the premises.

HARRINGTON LAW, P.C.

By:_____

William O. Harrington, 14843-49

Attorney for Plaintiff Cheryl Koch

105 North Washington Street
Danville, Indiana 46122
Phone: (317) 745-1300
Email: *bill@harringtonlaw.us*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing and the proposed order have been served electronically on the following counsel of record via the IEFS, this 25th day of September, 2020:

Michael B. Langford
SCOPELITIS GARVIN LIGHT
HANSON & FEARY, P.C.
10 West Market Street
Suite 1400
Indianapolis, IN 46204
mlangford@scopelitis.com

_____

William O. Harrington

2

STATE OF INDIANA
ALLEN SUPERIOR COURT NO. 3

CHERYL KOCH,                          )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )        CAUSE NO. 02D03-2009-CT-440
                                      )
BOB EVANS RESTAURANT, LLC,            )
                                      )
        Defendant.                    )

## ORDER GRANTING PLAINTIFF'S MOTION FOR
## EXTENSION OF TIME TO RESPOND TO DISCOVERY

Plaintiff Cheryl Koch, by counsel, has filed her Motion for Extension of Time to Respond to Discovery.

The Court, having considered said Motion and being otherwise duly advised in the premises, now finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff Cheryl Koch is granted a thirty (30) day extension of time, through and including November 20, 2020, to respond to Defendant Bob Evans Restaurant, LLC's First Set of Interrogatories and Requests for Production of Documents to Plaintiff.

Date: **September 30, 2020**          _____
                                      Judge, Allen Superior Court No. 3

Copies to:
William O. Harrington

Michael B. Langford

STATE OF INDIANA
ALLEN SUPERIOR COURT NO. 3

| | | |
|---|---|---|
| CHERYL KOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 02D03-2009-CT-440 |
| | ) | |
| BOB EVANS RESTAURANT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO HOLD**
**CASE MANAGEMENT CONFERENCE BY TELEPHONE**

Plaintiff Cheryl Koch, by counsel, moves the Court, without objection, to hold the case

management conference, currently set for November 9, 2020 at 2:00 p.m., by telephone with

Plaintiff's counsel to initiate the call.  Counsel for Defendant, Mike Langford, has been

contacted and does not object to this request.

HARRINGTON LAW, P.C.

By:_____
William O. Harrington, 14843-49

Attorney for Plaintiff Cheryl Koch

105 North Washington Street
Danville, Indiana 46122
Phone: (317) 745-1300
Email: *bill@harringtonlaw.us*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing and the proposed order have been served electronically on the following counsel of record via the IEFS, this   15th   day of October, 2020:

Michael B. Langford
SCOPELITIS GARVIN LIGHT HANSON
& FEARY, P.C.

_____
William O. Harrington

STATE OF INDIANA
ALLEN SUPERIOR COURT NO. 3

| | | |
|---|---|---|
| CHERYL KOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 02D03-2009-CT-440 |
| | ) | |
| BOB EVANS RESTAURANT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO HOLD
CASE MANAGEMENT CONFERENCE BY TELEPHONE**

Plaintiff Cheryl Koch, by counsel, has filed her Unopposed Motion to Hold Case

Management Conference by Telephone; and,

The Court, having considered Plaintiff's Motion, and being otherwise duly advised in

the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the case management conference, currently set for

November 9, 2020 at 2:00 p.m., will be held by telephone.  Plaintiff's counsel to initiate the call.
Plaintiff's counsel shall contact the Court at: 260-449-7544 once all parties are available and on
the conference call.  Contact with the Court should occur at the time the CMC is scheduled to start.
If the Court has not been contacted within 10 minutes after the CMC is scheduled to start, the Court
will enter an Order reflecting parties failed to appear.

**October 21, 2020**

_____
Jennifer L. DeGroote, Judge



STATE OF INDIANA )      ALLEN SUPERIOR COURT
                ) SS:
COUNTY OF ALLEN )      CAUSE NO. 02D03-2009-CT-440

CHERYL KOCH,          )
         Plaintiff,     )
                    )      **ORDER RESETTING CASE**
vs.                    )      **MANAGEMENT CONFERENCE**
                    )
BOB EVANS RESTAURANT,LLC, )
         Defendant.    )

The Court, on its own motion, now vacates the Case Management Conference currently scheduled for November 9, 2020, at 2:00 p.m., and RESETS the Case Management Conference to **December 4, 2020, at 1:30 p.m.** As previously ordered, Plaintiff shall initiate the conference call.


November 9, 2020            *Jennifer L. DeGroote*
                                 **JUDGE JENNIFER L. DEGROOTE**