STATE OF INDIANA
ALLEN CIRCUIT/SUPERIOR COURT

| | | |
|---|---|---|
| CHERYL KOCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. _____ |
| | ) | |
| BOB EVANS RESTAURANTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND JURY DEMAND

Plaintiff Cheryl Koch, by counsel, for her Complaint against Defendant Bob Evans Restaurants, LLC, state as follows:

1. Plaintiff Cheryl Koch is, and was at all relevant times herein, a resident of Marion County, Indiana (hereinafter, "Koch")

2. Defendant Bob Evans Restaurants, LLC is an Ohio corporation authorized to conduct business in the State of Indiana, which maintains and operates a store located in Fort Wayne, Allen County, Indiana (hereinafter, "Bob Evans").

### Jurisdiction and Venue

3. The Court has personal jurisdiction over Koch because she is a citizen of Indiana.

4. The Court has personal jurisdiction over Bob Evans because (a) Bob Evans does business in Indiana, (b) Bob Evans caused personal injury by an act or omission done within Indiana, and (c) Bob Evans owns, uses, or possesses real property or an interest in real property in Indiana.

5. The Court has subject matter jurisdiction over the Complaint because the claims asserted arise under the common and statutory laws of Indiana.

6. Allen County is the proper venue for the Complaint because the tort at issue

occurred in Allen County, Indiana.

## Facts Common to All Counts

7. At all times relevant to this Complaint, Bob Evans owned, used or possessed real property or an interest in real property located in Fort Wayne, Allen County, Indiana.

8. On September 28, 2018, Koch was at a Bob Evans restaurant located in Wayne, Allen County, Indiana.

9. On September 28, 2018, the Bob Evans had a women's restroom in the restaurant for patrons to use.

10. On September 28, 2018, while using the women's restroom in the Bob Evans restaurant, Koch slipped and fell on what appeared, after the fall, to be water left in center of the floor.

## Count One:

### Negligence

For Count One of her Complaint against Bob Evans, Koch alleges as follows:

11. Koch incorporates by reference the allegations contained in paragraphs 1 through 10 of this Complaint.

12. Bob Evans owed Koch a duty of reasonable care to protect her from the risk of harm as a patron in the restaurant.

13. Bob Evans breached its duty to Koch.

14. As a proximate result of the negligence of Bob Evans' duty of care, Koch slipped and fell.

15. As a proximate result of the negligence of Bob Evans, Koch suffered damages.

WHEREFORE, Plaintiff Cheryl Koch, by counsel, for Count One of her Complaint against Defendant Bob Evans Restaurants, LLC, requests that the Court enter Judgment in her favor and against Defendant Bob Evans Restaurant, LLC, in an amount sufficient to compensate Plaintiff for her damages, for pre-judgment interest, for the costs of this action, and for all other proper relief in the premises.

**JURY DEMAND**

Plaintiff Cheryl Koch, by counsel, pursuant to Rule 38(B) of the Indiana Rules of Trial Procedure, respectfully demands trial by Jury in this cause.

HARRINGTON LAW, P.C.

By:_____
William O. Harrington, #14843-49
Attorneys for Plaintiff Cheryl Koch

105 North Washington Street
Danville, Indiana 46122
Phone: (317) 745-1300
Fax:    (317) 745-2313
Email: *bill@harringtonlaw.us*